AO 241 (Rev. 09/17)

FILED
IN CLERKS OFFICE

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY AUG −6  PM 1: 40

| United States District Court | District: Massachusetts |
|---|---|
| Name (under which you were convicted): <br><br> Lawrence Flores | U.S. DISTRICT COURT<br>DISTRICT OF MASS.<br>Docket or Case No.:<br>200026CR0271 |
| Place of Confinement : <br> Orleans District Court | Prisoner No.: |
| Petitioner (include the name under which you were convicted) <br><br> Lawrence Flores <br><br> v. | Respondent (authorized person having custody of petitioner) <br><br> Clerk, Orleans District Court |
| The Attorney General of the State of: Massachusetts | |

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   Orleans District Court

   237 Rock Harbor Road

   Orleans, MA  02853

   (b) Criminal docket or case number (if you know):  200026CR0271

2. (a) Date of the judgment of conviction (if you know):  03/16/2000

   (b) Date of sentencing:   03/16/2000

3. Length of sentence:   probation

4. In this case, were you convicted on more than one count or of more than one crime?   ☐  Yes   ☑  No

5. Identify all crimes of which you were convicted and sentenced in this case:  Violation of a restraining order.

6. (a) What was your plea? (Check one)

   ☐  (1)  Not guilty         ☐  (3)  Nolo contendere (no contest)

   ☑  (2)  Guilty             ☐  (4)  Insanity plea

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did

you plead guilty to and what did you plead not guilty to?   N/A

_____

_____

_____

_____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

    ☐ Jury    ☐ Judge only

7.    Did you testify at a pretrial hearing, trial, or a post-trial hearing?

    ☐ Yes   ☑ No

8.    Did you appeal from the judgment of conviction?

    ☐ Yes   ☑ No

9.    If you did appeal, answer the following:

(a) Name of court: _____

(b) Docket or case number (if you know): _____

(c) Result: _____

(d) Date of result (if you know): _____

(e) Citation to the case (if you know): _____

(f) Grounds raised: _____

_____

_____

_____

_____

_____

_____

(g) Did you seek further review by a higher state court?    ☐ Yes   ☐ No

    If yes, answer the following:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Result: _____

    _____

AO 241 (Rev. 09/17)

(4) Date of result (if you know): _____

(5) Citation to the case (if you know): _____

(6) Grounds raised: _____

_____

_____

_____

_____

(h) Did you file a petition for certiorari in the United States Supreme Court?   ☐ Yes   ☐ No

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions
concerning this judgment of conviction in any state court?   ☑ Yes   ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

(a)   (1) Name of court:   Orleans District Court

(2) Docket or case number (if you know):   200026CR0271

(3) Date of filing (if you know):   06/06/2012

(4) Nature of the proceeding:   Motion for a New Trial; Motion to Reconsider.

(5) Grounds raised:   Plea not intelligently and voluntarily due to the fact that I received

ineffective assistance of counsel; Plea not intelligent and voluntary product of threats,

promises, manipulation, and intimidation. Plea counsel ineffective.

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☑ No

(7) Result:   Denied 10/26/2012; Reconsideration Denied.11/29/2016

AO 241 (Rev. 09/17)

        (8) Date of result (if you know): _____

   (b) If you filed any second petition, application, or motion, give the same information:

        (1) Name of court: _____

        (2) Docket or case number (if you know): _____

        (3) Date of filing (if you know): _____

        (4) Nature of the proceeding: _____

        (5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

        (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

        ❏ Yes   ❏ No

        (7) Result: _____

        (8) Date of result (if you know): _____

   (c) If you filed any third petition, application, or motion, give the same information:

        (1) Name of court: _____

        (2) Docket or case number (if you know): _____

        (3) Date of filing (if you know): _____

        (4) Nature of the proceeding: _____

        (5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes     ☐ No

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:      ☑ Yes     ☐ No

(2) Second petition:   ☐ Yes     ☐ No

(3) Third petition:     ☐ Yes     ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____

_____

12.    For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:**   The petitioner did not make a voluntary, knowing and intelligent waiver of rights and plea.

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Alleged victim stated prior to the plea, "If you think there's a chance of us getting back together you better plead guilty, my father is a state trooper and could make your life miserable." The trooper remained involved and attempted to stop later counsel from continuing to litigate the case. Violation of restraining order was accidental.

_____

_____

(b) If you did not exhaust your state remedies on Ground One, explain why:   n/a

_____

AO 241 (Rev. 09/17)

(c)     **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?          ☐   Yes       ☑   No

(2) If you did not raise this issue in your direct appeal, explain why:     Plea and was not until later did I realize

my plea was involuntary.

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑   Yes       ☐   No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:     Motion for new trial and to reconsider.

Name and location of the court where the motion or petition was filed:     Orleans Disrict Court

Docket or case number (if you know):     200026CR0271

Date of the court's decision:     11/29/2016

Result (attach a copy of the court's opinion or order, if available):       (See attached document)

(3) Did you receive a hearing on your motion or petition?          ☐   Yes       ☑   No

(4) Did you appeal from the denial of your motion or petition?          ☑   Yes       ☐   No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?       ☑   Yes       ☐   No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:     Massachusetts Appeals Court, John Adams

Courthouse, Boston, MA  02108

Docket or case number (if you know):     18P152

Date of the court's decision:     03/01/2019

Result (attach a copy of the court's opinion or order, if available):       (See attached document)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

n/a

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One:   Filed complaint with Commission on Judicial Conduct.

(See attached document)

**GROUND TWO:**     Plea counsel ineffective.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Actions were accidental. I was released from custody on February 14, 2000. I attempted to contact an

employee of my Flores Security Company through a page and accidently submitted the wrong pager number.

Note: If you view the police reports and the Abuse Prevention Orders, you'll see the documents were not

signed, boxes were not checked, and the Harwich Police Report states, restraining order was not given

to the defendant and it was going to be faxed to the HOC. All these facts, validate the restraining order was not

properly served to me prior to my arrest. This explains why I didn't surrender my LTC, FID, and firearms to the

Provincetown Police Department prior to being arrested. (See attached documents)

(b) If you did not exhaust your state remedies on Ground Two, explain why:

(c)     **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ☐  Yes     ☐  No

(2) If you did not raise this issue in your direct appeal, explain why:

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑  Yes     ☐  No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:     Motion for a new trial and to reconsider.

Name and location of the court where the motion or petition was filed:   Orleans District Court

237 Rock Harbor Road, Orleans, MA  02853

Docket or case number (if you know):   200026CR0271

AO 241 (Rev. 09/17)

Date of the court's decision:   11/26/2019

Result (attach a copy of the court's opinion or order, if available):   (See attached document)

(3) Did you receive a hearing on your motion or petition?                         ☐  Yes      ☑  No

(4) Did you appeal from the denial of your motion or petition?                   ☑  Yes      ☐  No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☑  Yes      ☐  No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:   Massachusetts Appeals Court, John Adams

Courthouse, Boston, MA  02108

Docket or case number (if you know):   18P152

Date of the court's decision:   03/01/2019

Result (attach a copy of the court's opinion or order, if available):   (See attached document)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Two :   Filed a complaint with the Commission on Judicail

Conduct. (See attached document)

**GROUND THREE:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

_____

_____

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☐ No

(4) Did you appeal from the denial of your motion or petition?    ☐ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

_____

AO 241 (Rev. 09/17)

       (7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Three: _____

_____

_____

**GROUND FOUR:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____

_____

_____

(c)     **Direct Appeal of Ground Four:**

       (1) If you appealed from the judgment of conviction, did you raise this issue?    ❏ Yes   ❏ No

       (2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d)     **Post-Conviction Proceedings:**

       (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

          ❏ Yes   ❏ No

       (2) If your answer to Question (d)(1) is "Yes," state:

       Type of motion or petition: _____

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

| | | Yes | | No |
|---|---|---|---|---|
| (3) Did you receive a hearing on your motion or petition? | ☐ | Yes | ☐ | No |
| (4) Did you appeal from the denial of your motion or petition? | ☐ | Yes | ☐ | No |
| (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? | ☐ | Yes | ☐ | No |

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____

AO 241 (Rev. 09/17)

13.    Please answer these additional questions about the petition you are filing:

   (a)    Have all grounds for relief that you have raised in this petition been presented to the highest state court

          having jurisdiction?   ☑ Yes       ☐  No

          If your answer is "No," state which grounds have not been so presented and give your reason(s) for not

          presenting them:    _____

          _____

          _____

          _____

   (b)    Is there any ground in this petition that has not been presented in some state or federal court?  If so, which

          ground or grounds have not been presented, and state your reasons for not presenting them:

          _____

          _____

          _____

14.    Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction

       that you challenge in this petition?       ☐    Yes     ☑ No

       If "Yes," state the name and  location of the court, the docket or case number, the type of proceeding, the issues

       raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy

       of any court opinion or order, if available.    _____

       _____

       _____

       _____

       _____

       _____

       _____

       _____

15.    Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for

       the judgment you are challenging?        ☐    Yes     ☑ No

       If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues

       raised.    _____

       _____

       _____

       _____

       _____

AO 241 (Rev. 09/17)

16.    Give the name and address, if you know, of each attorney who represented you in the following stages of the

judgment you are challenging:

(a) At preliminary hearing:    (See attached document)

(b) At arraignment and plea:    (See attached document)

(c) At trial:        n/a

(d) At sentencing:    (See attached document)

(e) On appeal:        n/a

(f) In any post-conviction proceeding:        (See attached document)

(g) On appeal from any ruling against you in a post-conviction proceeding:    (See attached document)

17.    Do you have any future sentence to serve after you complete the sentence for the judgment that you are

challenging?        ☐  Yes    ☑  No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the

future?        ☐  Yes    ☐  No

18.    TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain

why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

See attached statement of hardships and incacerated that prevented me from acting sooner.

AO 241 (Rev. 09/17)

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody  pursuant to the judgment of a State court.  The limitation period shall run from the latest of -

    (A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

    (B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

    (C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

    (D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 09/17)

        (2)       The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief:   Set aside his plea and order a new trial.

_____

_____

or any other relief to which petitioner may be entitled.


_____

Signature of Attorney (if any)


I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for

Writ of Habeas Corpus was placed in the prison mailing system on _____ (month, date, year).


Executed (signed) on    *08/06/2019*    (date).



_____

Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____

_____

_____

_____

**Attorneys:**

a) Unknown

b) Unknown

d) Unknown

f) Dana Gravina, 15 Hamilton Street, New Bedford, MA 02740

g) David Erickson, 481 Great Road Suite 14, Acton, MA 01720