# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAWRENCE FLORES, ) | |
| ) | |
| Petitioner, ) | |
| ) | Civil Action Nos. |
| v. ) | 19-11690-FDS |
| ) | |
| ORLEANS DISTRICT COURT, ) | |
| ) | |
| Respondent. ) | |

## ORDER ON CERTIFICATE OF APPEALABILITY

**SAYLOR, C.J.**

This is a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254. On January 30, 2020, the Court dismissed the petition. Petitioner Lawrence Flores can only appeal that dismissal if he receives a certificate of appealability. For the following reasons, the Court will not certify the appealability of this dismissal.

A Certificate of Appealability will issue only if the petitioner "has made a substantial showing of the denial of a constitutional right." § 2253(c)(2). This standard is satisfied by "demonstrating that jurists of reason could disagree with the district court's resolution of [petitioner's] constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003) (citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)). The standard has not been satisfied here, as jurists of reason could not disagree with this Court's conclusion that it lacks jurisdiction to review petitioner's state court conviction under 28 U.S.C. § 2254 because he is not in custody for the challenged conviction. Accordingly, this Court will not grant a certificate of

appealability.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
Chief Judge, United States District Court

Dated: March 20, 2020